**James ANDERSON, Movant/Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. ED 101638**

Missouri Court of Appeals,
Eastern District,
*DIVISION TWO.*

Filed: September 15, 2015

Motion for Rehearing and/or Transfer
to Supreme Court Denied
October 22, 2015.

Application for Transfer Denied
December 22, 2015

Edward S. Thompson, Public Defenders Office, 1010 Market Street, Suite 1100, St. Louis, Missouri 63101, for Appellant.

Dora A. Fichter, Assistant Attorney General, P.O. Box 899, Jefferson City, Missouri 65109, for Respondent.

Before Philip M. Hess, P.J., Gary M. Gaertner, Jr., J., and Angela T. Quigless, J.

**ORDER**

PER CURIAM

James Anderson (Movant) appeals the motion court's denial of his Rule 29.15 motion for post-conviction relief. In seven points on appeal, Movant claims the motion court erred by denying his post-conviction motion because he established that trial and appellate counsel were ineffective. We affirm.

We have reviewed the briefs of the parties and the record on appeal and find that the motion court did not clearly err in denying post-conviction relief. An extended opinion would have no precedential value. We have, however, provided a memorandum opinion only for the use of the parties setting forth the reasons for our decision. Rule 84.16(b).